IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

2012 JAN -5  PM 3: 18

LEEANNA SALTO, *et al*                 §
                                       §
                    *Plaintiffs*        §
                                       §
vs.                                    §
                                       §        Civil Action No. 1:11-CV-289-SS
AMERIPRO FUNDING, INC.                 §
                                       §
                    *Defendant*         §
                                       §

## FINAL JUDGMENT

**CAME ON** this day to be heard the above-numbered and styled cause, where all parties to
this lawsuit appeared by and through their respective counsel and announced to the Court that the
parties have resolved their dispute and seek the dismissal with prejudice the above-styled and
numbered cause accordingly.

The Court, having carefully considered the parties' announcement and the terms of the
settlement, expressly finds that the resolution is fair, reasonable and equitable to all concerned and
in conformance with the requirements of the Fair Labor Standards Act and applicable law.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this
lawsuit is hereby **DISMISSED WITH PREJUDICE.**  All causes of action seeking affirmative
relief brought herein by any party against any other party not herein specifically granted are hereby
in all things denied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that taxable court costs
and all other litigation expenses are to be borne by the party incurring same, and accordingly, no
execution shall issue.

AUSTIN_1 \641981 v2 53229-1

SIGNED this 5th day of _____January_____, 2011.

_____
Sam Sparks, United States District Judge

**APPROVED AS TO FORM AND CONTENT:**

**LAW OFFICES OF BROADUS A. SPIVEY**
48 East Avenue
Austin, Texas 78701
(512) 233-1101 (Telephone)
(512) 472-9157 (Facsimile)
Email: bas@spivey-law.com


By:_____/s/ Broadus A. Spivey_____
        Broadus A. Spivey
        Texas State Bar No. 00000076


**WILLS LAW FIRM**
1776 Yorktown, Suite 600
Houston, Texas 77056
(713) 528-4455 (Telephone)
(713) 528-2047 (Facsimile)
Email: rwills@rwillslawfirm.com


By:_____/s/ Rhonda H. Wills_____
        Rhonda H. Wills
        Texas State Bar No. 00791943
**ATTORNEYS FOR PLAINTIFFS**


**WINSTEAD PC**
401 Congress Ave., Suite 2100
Austin, Texas 78701
Phone: (512) 370-2873
Fax:     (512) 370-2850
Email: gzausmer@winstead.com


        By:/s/ Gary E. Zausmer
        Gary E. Zausmer
        Texas State Bar No. 22251350
**ATTORNEYS FOR DEFENDANT AMERIPRO FUNDING, INC.**